CLUB ALABAM, INC., Appellant, v. SYNDICATE LAND AND DEVELOPMENT COR-

PORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.